UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 21-cv-61426-MARTINEZ

KARL STEEVES,

     Plaintiff,

vs.

HALSTED FINANCIAL SERVICES, LLC,

     Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (the "Motion"), (ECF No. 33). After careful consideration, it is

ORDERED AND ADJUDGED that:

1.     The Motion, (ECF No. 33), is GRANTED.

2.     The Second Amended Complaint attached to the Motion, (ECF No. 33-1), shall be separately filed no later than **Friday, January 7, 2021**.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of January, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record