# COMPOSITE EXHIBIT "A"



**HALSTED**
FINANCIAL SERVICES

PO BOX 828 Skokie, IL 60076
Tel: (855) 520-7028 Web: www.halstedfinancial.com
Hours of Operation (CST): Mon-Fri 7am - 8pm & Sat 8am - 5pm



**30% off**
your balance!

Visit us at:
**info.halstedfinancial.com**



02/18/2021

Dear Anamaria Moran,

Your account has been placed by Resurgent Receivables LLC with our agency for collections. You do have options!

**For a one-time payment** we are offering a compromise of $1,555.81 to resolve this debt. That's a savings of $666.78!

**We understand** that you may not be able to take advantage of the compromise offer above. That is why we also offer you the ability to customize your own payment plan. Login to se additional options available to you at info.halstedfinancial.com.

**This office is not obligated to renew these offers after 04/05/2021.** Have questions? Call us at (855) 520-7028.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different than the current creditor.

**Our Reference Number:** 25784081
**Original Creditor Account Number:** XXXXXXXXXXXX6632
**Current Creditor Account Number:** 699834941
**Total Balance Due:** $2,222.59

**Original Creditor:** Credit One Bank, N.A.
**Current Creditor To Whom Debt Is Owed:** Resurgent Receivables LLC

---

All payments and correspondence to Halsted Financial Services, LLC must be mailed to PO BOX 828 Skokie, IL 60076. Please see the following pages for additional notices

PO BOX 702070
PLYMOUTH MI 48170-0975
ELECTRONIC SERVICE REQUESTED

Our Reference Number: 25784081
Balance Due: $2,222.59
Discount Offer: $1,555.81

MAKE CHECKS PAYABLE AND SEND TO:

0108320024013141289533189183910—0009732SPXO0n4ATzg
ANAMARIA MORAN
20210 RANCH RD
CUTLER BAY FL 33189-1839



HALSTED FINANCIAL SERVICES, LLC
PO BOX 828
SKOKIE IL 60076-0828



973-SFHALF20-SM-OFR - 0009732SPXO0n4ATzg

# Halsted Financial Services, LLC

P.O. Box 828, Skokie, IL 60076 - Tel: 855-221-9737 ext 701 - Web: www.halstedfinancial.com
Hours of Operation: M-TH 8am – 8pm / Fri-Sat 8am - 5pm

**20% off your balance**

10/2/2020

Our Reference Number: 24096717
Balance Due: $6,551.65
Original Creditor: Comenity Bank

Original Creditor Account Number: XXXXXXXXXXXX3175
Current Creditor Account Number: 691492360
Current Creditor To Whom The Debt Is Owed: LVNV Funding LLC

Dear KARL STEEVES,

LVNV Funding LLC has purchased your Jared The Galleria of Jewelry account from Comenity Bank.

Your account has been placed by LVNV Funding LLC with our agency for collections. Please contact us at 855-221-9737 ext 701. You do have options!

1) We are offering a compromise of $5,241.32 to resolve this debt. That's a savings of $1,310.33!

2) If you cannot take advantage of the above offer, we can offer you a compromise of $5,896.49 in three payments of $1,965.49, $1,965.49 and $1,965.51 over three consecutive months. That's a savings of $655.16!

**This office is not obligated to renew these offers after 10/19/2020.** Please call us at 855-221-9737 ext 701 or visit pay.halstedfinancial.com to make a payment.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,
Jonathan Volpert, Account Manager

All payments and correspondence must be mailed to PO Box 828 Skokie, IL 60076
Please see the following pages for additional notices

797-SFHALF10-SM-OFR-03/23/18

*** Please detach the lower portion and return with your payment ***

Y263FC9A07

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

Our Reference Number: 24096717
Balance Due: $6,551.65
**Discount Offer: $5,241.32**

10/2/2020

KARL STEEVES
3312 SPANISH WELLS DR APT B
DELRAY BEACH FL 33445-5413

MAKE CHECKS PAYABLE AND SEND TO

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828

# Halsted Financial Services, LLC

P O Box 828, Skokie, IL 60076 · Tel: 855-221-4379 ext 701 · Web: www.halstedfinancial.com
Hours of Operation: M-TH 8am – 8pm / Fri-Sat 8am – 5pm

**50% off your balance**

6/17/2020

Our Reference Number: 22718401
Balance Due: $206.88
Original Creditor: STERLING EMERGENCY SERVICES OF FL PA

Original Creditor Account Number: XXXXXXXXX3940
Current Creditor Account Number: PFG622
Current Creditor To Whom The Debt Is Owed: Pendrick Capital Partners, LLC
Date of Service(s): 12/27/2016

Dear JACOB KRAMER,

Pendrick Capital Partners, LLC has purchased your account from BETHESDA HOSPITAL. Your account has been placed by Pendrick Capital Partners, LLC with our agency for collections. Please contact us at 855-221-4379 ext 701. You do have options!

1) We are offering a compromise of $103.44 to resolve this debt. That's a savings of $103.44!
2) If you cannot take advantage of the above offer, we can offer you a compromise of $144.82 in three payments of $48.27, $48.27 and $48.28 over three consecutive months. That's a savings of $62.06!

This office is not obligated to renew these offers after 7/2/2020. Please call us at 855-221-4379 ext 701 or visit pay.halstedfinancial.com to make a payment.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,
Jonathan Volpert, Account Manager

All payments and correspondence must be mailed to PO Box 828 Skokie, IL 60076
Please see the following pages for additional notices

873-SFHALF10-SM-OFR-03/23/18

*** Please detach the lower portion and return with your payment ***

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

Our Reference Number: 22718401
Balance Due: $206.88
Discount Offer: $103.44

6/17/2020

JACOB KRAMER
6743 ASHBURN RD
LAKE WORTH FL 33467-7320

——— MAKE CHECKS PAYABLE AND SEND TO ———

Halsted Financial Services, LLC
PO BOX 828
Skokie IL 60076-0828

# Halsted Financial Services, LLC

P.O. Box 828, Skokie, IL 60076 - Tel: 855-221-9737 ext 701 - Web: www.halstedfinancial.com
Hours of Operation: M-TH 8am – 8pm / Fri-Sat 8am - 5pm

**20% off your balance**

8/31/2020

| | |
|---|---|
| Our Reference Number: 24340775 | Original Creditor Account Number: XXXXXXXXXXXX9991 |
| Balance Due: $854.02 | Current Creditor Account Number: 699820681 |
| Original Creditor: Credit One Bank, N.a. | Current Creditor To Whom The Debt Is Owed: Resurgent Receivables LLC |

Dear CAROLYN RUSSELL,

Your account has been placed by Resurgent Receivables LLC with our agency for collections. Please contact us at 855-221-9737 ext 701. You do have options!

1) We are offering a compromise of $683.21 to resolve this debt. That's a savings of $170.81!
2) If you cannot take advantage of the above offer, we can offer you a compromise of $768.62 in three payments of $256.20, $256.20 and $256.22 over three consecutive months. That's a savings of $85.40!

**This office is not obligated to renew these offers after 10/16/2020.** Please call us at 855-221-9737 ext 701 or visit pay.halstedfinancial.com to make a payment.

Please note that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency by the current account owner if you fail to fulfill the terms of your credit obligations. This notice in no way affects any rights you may have.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request from this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different than the current creditor.

Sincerely,
Jonathan Volpert, Account Manager

All payments and correspondence must be mailed to PO Box 828 Skokie, IL 60076
Please see the following pages for additional notices

500-SFHALF10-SM-OFR-03/23/18

*** Please detach the lower portion and return with your payment ***