UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-61426-MARTINEZ

KARL STEEVES *et al.*,

    Plaintiffs,

v.

HALSTED FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Plaintiffs brings a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b). (ECF No. 35, at 10.) The question whether claimants have Article III standing to bring a claim under section 1692c(b), however, is pending before the Eleventh Circuit's en banc rehearing of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021). After careful consideration, it is

**ORDERED AND ADJUDGED** as follows:

    1.    This case is **STAYED** pending the Eleventh Circuit's opinion after rehearing en banc of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir. 2021).

    2.    The Parties shall file a joint status report w**ithin seven days** of the issuance of an opinion in *Hunstein*.

    3.    This case is **CLOSED for administrative purposes**. All pending motions are **DENIED as moot**. This shall not affect the substantive rights of the parties.

DONE and ORDERED in Chambers at Miami, Florida this 28th day of March, 2022.

                                                        */s/ Jose E. Martinez*
                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record